AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

Title 18 U.S.C. Section 1028(a)(4) - Possession of an Identification Document with the Intent to Defraud the United States (Class A Misdemeanor)

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

**PENALTY:**
1 year imprisonment; $100,000 fine; $25 special assessment; 1 year of supervised release

### DEFENDANT - U.S.

▶ ANGEL OROPEZA

**DISTRICT COURT NUMBER**
CR 08-0157 WDB

FILED FEB - 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
Department of State Diplomatic Security Service

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
MAUREEN C. BESSETTE

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☑ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☑ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

**Defendant Address:**
3166 Bayliss Street
Fremont, CA 94538

Date/Time: February 19, 2008

Before Judge: Honorable Magistrate Judge Wayne D. Brazil

Comments:

E-filing

FILED

2008 FEB -6 PM 3: 44

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR08-0057 WDB |
| Plaintiff, | VIOLATION: Title 18, United States Code, Section 1028(a)(4) - Possession of an Identification Document with Intent to Defraud the United States (Class A Misdemeanor) |
| v. | |
| ANGEL OROPEZA, (a/k/a Jose Gamboa) | |
| Defendant. | OAKLAND VENUE |

INFORMATION

The United States Attorney charges:

On or about August 28, 2006, in the Northern District of California, the defendant,

ANGEL OROPEZA,
(a/k/a Jose Gamboa)

knowingly possessed an identification document, authentication feature, and false identification document, that was not an identification document issued lawfully for his use, to wit: a State of California birth certificate and a fraudulently obtained United States passport, with the intent that such documents be used to defraud the United States, in violation of Title 18, United States

///

///

INFORMATION

1  Code, Section 1028(a)(4), a Class A Misdemeanor.

3  DATED: 1/30/08

SCOTT SCHOOLS
United States Attorney

DOUG SPRAGUE
Assistant United States Attorney
Chief, Oakland Branch

(Approved as to form: _____)
MAUREEN BESSETTE
Assistant United States Attorney

INFORMATION