JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN202121)
Chief, Oakland Branch

MAUREEN BESSETTE (NYSBN 246854)
Special Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3691
   Fax: (510) 637-3724
   Email: Maureen.Bessette@usa.doj.gov

Attorneys for Plaintiff

FILED
2008 FEB -6 PM 3:46
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANGEL OROPEZA, ) <br> (a/k/a/ Jose Gamboa) ) <br> ) <br>    Defendant. ) | Case No. <br> CR08-0057 WDB <br><br> **MOTION FOR SUMMONS** |

   Based on the facts set forth in the Declaration of Maureen Bessette in Support of the United States' Motion for Summons, the United States hereby requests that the Court issue a summons for defendant Angel Oropeza, 3166 Bayliss St., Fremont, CA, 94538. The facts set forth in the declaration demonstrate that probable cause exists to summon the defendant to answer the Information that has been filed by the United States Attorney.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: 1/31/08

MAUREEN BESSETTE
Assistant United States Attorney

MOTION FOR SUMMONS