E-filing    FILED

1   JOSEPH P. RUSSONIELLO (CASBN 44332)
    United States Attorney
2
                                            2008 FEB -6  PM 3: 45
3   W. DOUGLAS SPRAGUE (CSBN202121)
    Chief, Oakland Branch                   RICHARD W. WIEKING
                                            CLERK, U.S. DISTRICT COURT
4   MAUREEN BESSETTE (NYSBN 246854)         NORTHERN DISTRICT OF CALIFORNIA
    Special Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, CA 94612
       Telephone: (510) 637-3691
7      Fax: (510) 637-3724
       Email: Maureen.Bessette@usa.doj.gov
8
    Attorneys for the United States of America
9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                        OAKLAND DIVISION

13  UNITED STATES OF AMERICA,        )    Case No.  CR08-0057 WDB
                                      )
14        Plaintiff,                  )
                                      )    DECLARATION OF MAUREEN
15     v.                             )    BESSETTE IN SUPPORT OF UNITED
                                      )    STATES' MOTION FOR SUMMONS
16  ANGEL OROPEZA,                    )
    (a/k/a/ Jose Gamboa)              )
17                                    )
          Defendant.                  )
18  _____

19      I, Maureen Bessette, hereby declare as follows:

20      1.  I am an Assistant United States Attorney in the United States Attorney's Office assigned

21  to the prosecution of this case.  I have received the following information from agents employed

22  by the Department of State Diplomatic Security Service (DSS) and from reports and other

23  documents provided to me by the DSS.

24      2.  On August 28, 2006, a United States Passport was issued to a person purporting to be

25  Jose Gamboa.  In applying for the passport, the applicant presented a State of California birth

26  certificate for Jose Gamboa.

27      3.  Following a computer cross-match, DSS Agents Jeff Dubsick and Jessy Alexander

28  interviewed Angel Oropeza at his home in a meeting arranged by the Oropeza's sister.  During

the interview, Oropeza confessed to using the birth certificate of his deceased brother-in-law once removed to apply for and obtain the passport. He knew that the real Jose Gamboa had died as an infant in 1985. He admitted that his true name was Angel Oropeza and his true date of birth was March 24, 1969. All of his family members are American citizens and he has applied for citizenship through his brother. He used the passport once in October 2006 to handle the affairs of his now deceased father in Mexico.

4. Oropeza was in possession of the passport, birth certificate, and the Social Security card for Jose Gamboa. He provided all of these items to the agents and they were seized as evidence.

5. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed January 30, 2008 at Oakland, California.

DATED: _____1/31/08_____

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

MAUREEN BESSETTE
Assistant United States Attorney
United States Attorney's Office

DECLARATION IN SUPPORT OF MOTION FOR SUMMONS

-2-