E-filing

RECEIVED
FEB - 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
FEB 8 - 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR08-0057 WDB |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER FOR SUMMONS |
| ANGEL OROPEZA, (a/k/a/ Jose Gamboa) | |
| Defendant. | |

Having reviewed the Declaration of Maureen Bessette, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Angel Oropeza, 3166 Bayliss Street, Fremont, CA 94538, to appear on February 19, 2008 at 10:00 am before Magistrate Judge Wayne D. Brazil to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: 2/8/08

WAYNE D. BRAZIL
United States Magistrate Judge

cc: WDB's Stat, Copy to AUSA via ECF,
2 certified copies to Marshal

ORDER FOR SUMMONS