| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 15 min. | | |
|---|---|---|---|---|---|---|

| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK<br>Sheilah Cahill | REPORTER/FTR<br>9:59:24 - 10:14:30 | |
|---|---|---|---|
| MAGISTRATE JUDGE<br>Wayne D. Brazil | DATE<br>2/19/08 | NEW CASE<br>☐ | CASE NUMBER<br>CR-08-00057 WDB |

### APPEARANCES

| DEFENDANT<br>Angel Oropez | AGE | CUST<br>No | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Michael Thorman | PD. ☐ RET. ☒<br>APPT. ☐ |
|---|---|---|---|---|---|

| U.S. ATTORNEY<br>Sarala Nagala, L/C | INTERPRETER<br>Not Used | | FIN. AFFT ☐<br>SUBMITTED | COUNSEL APPT'D ☐ |
|---|---|---|---|---|
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Taifa Gaskins | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES |

**FILED**
FEB 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT CO.
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### PROCEEDINGS SCHEDULED TO OCCUR

| ☒ INITIAL APPEAR | ☐ PRELIM HRG | ☒ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☒ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☒ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☒ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | PASSPORT ☐<br>SURRENDERED<br>DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED<br>☐ CASH $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☒ CONSENT ENTERED | ☒ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO:<br>3/12/08 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☒ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT:<br>10:00 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON.<br>WDB | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☒ TIME WAIVED | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

Defendant has retained Mr. Thorman to represent him. Defense has asked for and received all discovery from Government. Defendant consents to proceed on Misdeamenor Information before Magistrate Judge; consent form signed in Court. Defendant requests Spanish interpreter for next appearance. Time excluded between now and 3/12.

DOCUMENT NUMBER:

CC: WDB Stats