AO 86A (Rev. 4/91) Consent to Proceed – Misdemeanor

# United States District Court

No. _____ DISTRICT OF ____CA____

| UNITED STATES OF AMERICA | CONSENT TO PROCEED BEFORE |
| V. | UNITED STATES MAGISTRATE JUDGE |
| Angel Oropeza | IN A MISDEMEANOR CASE |

CASE NUMBER: CR. 08-00057 WDB

FILED FEB 19 2008

The United States magistrate judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The magistrate judge has informed me of my right to the assistance of legal counsel. The magistrate judge has informed me of my right to trial, judgment, and sentencing before a United States district judge or a United States magistrate judge.

I HEREBY: Waive (give up) my right to trial, judgment, and sentencing before a United States district judge, and consent to trial, judgment and sentencing before a United States magistrate judge.

X _____[signature]_____,
Defendant

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### WAIVER OF RIGHT TO TRIAL BY JURY

The magistrate judge has advised me of my right to trial by jury.

I HEREBY: Waive (give up) my right to trial by jury. _____
Defendant

Consented to by United States _____
Signature

_____
Name and Title

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### WAIVER OF RIGHT TO HAVE THIRTY DAYS TO PREPARE FOR TRIAL

The magistrate judge has also advised me of my right to have at least thirty days to prepare for trial before the magistrate judge.

I HEREBY: Waive (give up) my right to have at least thirty days to prepare for trial.

X _____,
Defendant

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

_____[signature]_____                    Approved By: _____[signature] Wayne D. Brazil_____
Defendant's Attorney (If any)                                U. S. Magistrate Judge

2-19-08
Date